**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ADRIAN WATKINS,

    Plaintiff,

v.                                            Case No. 3:22-cv-642-TJC-MCR

EXPERIAN INFORMATION
SOLUTIONS, INC.,

    Defendant.

## O R D E R

Upon review of the Stipulation of Dismissal Without Prejudice (Doc. 31), filed on August 9, 2022, Plaintiff's claims against Experian Information Solutions, Inc. are dismissed without prejudice. Each party shall bear its own attorneys' fees and costs. Because Plaintiff previously dismissed her claims against Equifax and TransUnion (Docs. 24–25, 27, 29), this entire case now is dismissed. The Clerk should terminate any pending motions or deadlines and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 11th day of August, 2022.



Ckm

Copies: Pro se Plaintiff; Counsel of record